# United States District Court
# For The Western District of North Carolina
# Charlotte Division

La Merced Produce LLC,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-00482

Y&E Foods, LLC, d/b/a
Compare Foods, and
Eligio Pena, Individually,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2012 Order.


                                                  Signed: June 7, 2012

                                                  */s/ Frank G. Johns*

                                                  Frank G. Johns, Clerk
                                                  United States District Court